**Honda Financial Services**

July 19, 2021

Northern District of Ohio
2 S Main
Akron              , OH   44308

# REAFFIRMATION WITHDRAWAL

Re:  Phetmanichanh  Khamvongsouk
     2015 Honda Odyssey
     VIN: 5FNRL5H62FB124415
     Case Number: 2150890
     Docket Entry Number: 10, Dated 7/9/2021

To Whom It May Concern:

The reaffirmation agreement filed by American Honda Finance Corporation in the case number referenced above is to be withdrawn.

If you need any assistance, our associates are available to assist you at (866) 716-6441.

Sincerely,


Paul R.
**Honda Financial Services**
(866) 716-6441

Honda Financial Services is a DBA of American Honda Finance Corporation